IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HYMED GROUP CORPORATION, : <br> A Pennsylvania corporation, individually and : <br> as the representative of a class of : <br> similarly-situated persons, : <br>               Plaintiff, : <br> : <br> v. : <br> : <br> STEVENS & RICCI, INC., : <br>               Defendant. : | CIVIL ACTION NO. 12-CV-3093 |

## ORDER RESCHEDULING FINAL SETTLEMENT HEARING

Upon consideration of the Stipulation and Agreement to Postpone and Reschedule the Fairness Hearing for Ninety (90) Days, **IT IS ORDERED** that:

1. The Fairness Hearing set forth in the Class Notice is hereby rescheduled from June 13, 2014, to **Monday, September 22, 2014**, at 10:30 o'clock a.m. before the undersigned in Courtroom A, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania to consider whether the class action settlement should be given final approval by the Court.

2. The Court directs Defendant, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1711-1715, to serve notice of the rescheduled hearing and notice of the Settlement Agreement and all settlement-related papers now scheduled for September 22, 2014, upon the U.S. Attorney General and the primary state regulatory officials or the appropriate state attorney general of each state in which a class member resides.

      3.      Plaintiff shall file their final approval brief seven (7) days prior to the scheduled hearing date, consistent with the Court's original Order Preliminarily Approving the Class Action Settlement and Approving the Class Notice, which was filed on April 2, 2014.

      */s/ Henry S. Perkin*
Henry S. Perkin
United States Magistrate Judge