IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HYMED GROUP CORPORATION, : | |
| A Pennsylvania corporation, individually and : | |
| as the representative of a class of : | |
| similarly-situated persons, : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 12-CV-3093 |
| v.    : | |
| : | |
| STEVENS & RICCI, INC., : | |
| Defendant.    : | |

### ORDER

**AND NOW**, this   5th   day of December, 2014, upon consideration of the Final Approval of Settlement Agreement and Judgment (Dkt. No. 44) filed on December 4, 2014,

**IT IS ORDERED** that the Clerk of Court should close this file statistically.


BY THE COURT:


/s/ Henry S. Perkin
HENRY S. PERKIN,
United States Magistrate Judge